IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARUJA A. FRANCISCO, et al., | No. C 12-3392 RS |
| Plaintiffs, | **ORDER DISMISSING ACTION** |
| v. | |
| DSL SERVICE COMPANY, et al., | |
| Defendants. | |

By prior order, the complaint herein was dismissed with leave to amend. Plaintiffs Maruja A. Francisco and Troy A. Shubert, who had filed no response to the motion to dismiss, were advised that if no amended complaint were filed on or before September 25, 2012, this action would be dismissed without further notice. The service copy of that order has now been returned as undeliverable. Plaintiffs have failed to keep the Court advised of their mailing address and have otherwise failed to prosecute or participate in the litigation. Accordingly, the case is dismissed and the Clerk is directed to close the file.

IT IS SO ORDERED.

Dated: 10/4/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

Maruja A. Francisco
Troy A. Shubert
191 Fernwood Drive
San Bruno, CA 94066-1954


DATED:   10/4/12

/s/ Chambers Staff
Chambers of Judge Richard Seeborg